AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Rogers, Richard D. | **2. Court or Organization**<br><br>US District Court, Topeka KS | **3. Date of Report**<br><br>04/21/2009 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

US Senior District Judge

**5a. Report Type** (check appropriate type)

- [ ] Nomination, Date
- [ ] Initial
- [✓] Annual
- [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2008
to
12/31/2008

**7. Chambers or Office Address**

410 Federal Building
444 SE Quincy St.
Topeka KS 66683

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 APR 28 A 10: 51
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D. | 04/21/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2008 | Kansas Farm Bureau Retirement Pension | $2,877.00 |
| 2. | 2008 | Kansas Public Employees Retirement Pension | $2,085.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D. | 04/21/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. State Mutual Ins. Co. | Policy Loans | J |
| 2. Veterans Life Ins. | Policy Loans | J |
| 3. Northwestern Mutual Life Ins. | Policy Loans | J |
| 4. KS Farm Bureau Life Ins. Co. | Policy Loans | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Western Resources common stock | D | Dividend | M | T | | | | | |
| 2. | Fidelity State Bank | A | Interest | J | T | | | | | |
| 3. | Nuveen Tax Exempt | A | Dividend | K | T | | | | | |
| 4. | Oil Royalty-Oklahoma | A | Royalty | J | T | | | | | |
| 5. | Bk of America savings | A | Interest | J | T | | | | | |
| 6. | Citigroup common stock | A | Dividend | J | T | | | | | |
| 7. | Credit Union 1 | A | Int./Div. | J | T | | | | | |
| 8. | Target common stock | A | Dividend | J | T | | | | | |
| 9. | Southern Co. common stock | A | Dividend | K | T | | | | | |
| 10. | Bk of America common stock | B | Dividend | K | T | | | | | |
| 11. | AT&T common stock | A | Dividend | K | T | | | | | |
| 12. | Cap.Fed. common stock | A | Dividend | J | T | | | | | |
| 13. | Verizon common stock | A | Dividend | J | T | Buy (add'l) | 11/12 | J | | |
| 14. | Proctor & Gamble common stock | A | Dividend | J | T | | | | | |
| 15. | ONEOK common stock | A | Dividend | J | T | | | | | |
| 16. | Johnson & Johnson common stock | A | Dividend | J | T | | | | | |
| 17. | 3M Co. common stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less         B =$1,001 - $2,500        C =$2,501 - $5,000          D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100.000     G =$100,001 - $1,000.000  H1 =$1.000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500.001 - $1,000.000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only) S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Barclays common stock | A | Dividend | J | T | | | | | |
| 19. British Petroleum common stock | A | Dividend | J | T | | | | | |
| 20. Royal Dutch Shell common stock | A | Dividend | J | T | | | | | |
| 21. Burlington Northern common stock | A | Dividend | J | T | | | | | |
| 22. Vanguard tax-exempt bond fund | D | Dividend | M | T | | | | | |
| 23. KS Farm Bureau Life Ins. interest on policies | B | Interest | J | T | | | | | |
| 24. Westar Energy Inc Preferred | A | Dividend | J | T | | | | | |
| 25. Idearc Inc. | A | Dividend | J | T | | | | | |
| 26. Dupont | A | Dividend | J | T | Buy (add'l) | 11/12 | J | | |
| 27. General Electric | A | Dividend | J | T | | | | | |
| 28. Accenture stock | A | Dividend | J | T | Buy | 9/09 | J | | |
| 29. Conoco Phillips stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 30. Fairpoint Communications stock | A | Dividend | J | T | Buy | 12/22 | J | | |
| 31. Ferrell Gas stock | A | Dividend | J | T | Buy | 4/15 | J | | |
| 32. Progress Energy stock | A | Dividend | J | T | Buy | 2/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544